FILED & ENTERED

JUL 15 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | **Case No.: 1:13-bk-13562-MB** |
| STANLEY MENAKER and MARINA MENAKER, | **Chapter 13** |
| Debtors. | **Adv. Proc. No. 1:17-ap-01047-MB** |
| WEST VALLEY MEDICAL PARTNERS, LLC, | **JUDGMENT** |
| Plaintiff, | |
| vs. | |
| STANLEY MENAKER and MARINA MENAKER, | |
| Defendants. | |

JUDGMENT

Based on the findings of fact and conclusions of law set forth in the *Memorandum Of Decision After Trial* entered in this adversary proceeding on July 8, 2019 at Docket No. 64, the Court hereby enters JUDGMENT AGAINST THE DEFENDANTS as follows:

1. Any and all amounts owing to the Plaintiff by the Defendants under or in respect of the non-residential real property lease between the Plaintiff and the Defendants regarding the premises commonly described as 5363 Balboa Blvd., Suite 121, Encino, California, constitutes a nondischargeable debt pursuant to Bankruptcy Code section 523(a)(3)(A) and therefore is not subject to the discharge issued in this case.

2. This judgment does not constitute an adjudication of the amount of such non-dischargeable debt, which amount may be determined by a court of competent jurisdiction without further order of this Court.

### #

Date: July 15, 2019

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

JUDGMENT